No. 1185. Pagnani v. Securities and Exchange Commission;

No. 1186. Matusow v. Securities and Exchange Commission; and

No. 1195. Great American Industries, Inc., et al. v. Securities and Exchange Commission. C. A. 2d Cir. Certiorari denied. Robert D. Larsen for petitioner in No. 1185; Robert Kasanof for petitioner in No. 1186; and Simon H. Rifkind, Gerald D. Stern, and Thomas R. Farrell for petitioners in No. 1195. Solicitor General Griswold, Philip A. Loomis, Jr., Walter P. North, and Meyer Eisenberg for respondent in all three cases. Reported below: 407 F. 2d 453.

No. 1237. Ross et al. v. Illinois. Sup. Ct. Ill. Certiorari denied. Julius Lucius Echeles for petitioner Ross.

No. 1239. Young & Co. et al. v. Shea, Deputy Commissioner of Labor, et al. C. A. 5th Cir. Certiorari denied. E. D. Vickery for petitioners. Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander, and Ralph A. Fine for respondent Shea, and W. Jiles Roberts for respondent Tugwell.

No. 1242. Nebenzal v. Re [now Sutton] et al. C. A. D. C. Cir. Certiorari denied. Henry J. Clay, Franklin P. Gould, and Pieter J. Kooiman for petitioner. Solicitor General Griswold, Assistant Attorney General Ruckelshaus, and Alan S. Rosenthal for respondents.

No. 1255. Cook et al. v. Florida. Sup. Ct. Fla. Certiorari denied. Julius Lucius Echeles and Joseph A. Varon for petitioners.